No. 04–5778.  SCOTT v. CROSBY, SECRETARY, FLORIDA DEPART-
MENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari
denied.

No. 04–5779.  HUDSON v. GEORGIA.  Sup. Ct. Ga.  Certiorari
denied.

No. 04–5781.  FRAZIER v. BRIGANO, WARDEN.  Sup. Ct. Ohio.
Certiorari denied.

No. 04–5784.  HOAG v. WOODFORD, DIRECTOR, CALIFORNIA DE-
PARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari
denied.

No. 04–5785.  GUTIERREZ v. DRETKE, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS
DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–5788.  HYMES v. MCILWAIN ET AL.  Sup. Ct. Miss.
Certiorari denied.

No. 04–5791.  HOBBS, AKA BROWN v. UNITED STATES.  C. A.
D. C. Cir.  Certiorari denied.

No. 04–5793.  GUOAN v. LaVIGNE, WARDEN.  C. A. 6th Cir.
Certiorari denied.

No. 04–5799.  STARK v. SUPREME COURT OF KENTUCKY.  Sup.
Ct. Ky.  Certiorari denied.

No. 04–5801.  PUSKAC v. CROSBY, SECRETARY, FLORIDA DE-
PARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 04–5804.  IBRAHIM v. IBRAHIM.  Sup. Ct. N. J.  Certio-
rari denied.

No. 04–5805.  BROOKS v. SOCIAL SECURITY ADMINISTRATION.
C. A. Fed. Cir.  Certiorari denied.

No. 04–5806.  TAALIB-DIN v. CITY OF DETROIT, MICHIGAN,
ET AL.  C. A. D. C. Cir.  Certiorari denied.